**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

**Civil Action No. 13-cv-02650-RM-CBS**

TIFFANY NORRIS,

    Plaintiff,

v.

NORTHLAND GROUP, INC., a Minnesota corporation,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

The Court, having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) (ECF No. 8) and being fully advised, hereby ORDERS:

1. The above-captioned matter is DISMISSED WITH PREJUDICE; and

2. Each party shall bear her or its own costs and attorneys' fees.

DATED this 30th day of October, 2013.

                              BY THE COURT:

                              _____
                              RAYMOND P. MOORE
                              United States District Judge